

**'08 CIV 5384** S&S COPY

Jaculin Aaron
Susan Reiss
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
jaaron@shearman.com
(212) 848-4000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARLEM CHILDREN'S ZONE, INC.,     :
                                  :
                    Plaintiff,    :     ECF CASE. MGC
                                  :
        v.                        :     Civil Action No.: 08 CV 5384
                                  :
ASYLUM HILL CHILDREN'S ZONE, INC., :
                                  :
                    Defendant.    :
                                  :

## RULE 7.1 STATEMENT OF PLAINTIFF HARLEM CHILDREN'S ZONE

Plaintiff Harlem Children's Zone, Inc., by its undersigned attorneys, Shearman &

Sterling LLP, hereby states, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it

has no parent corporation and that there is no publicly-held corporation that directly or indirectly

owns 10% or more of its stock.

Dated: June 12, 2008                    Respectfully submitted,

                                        SHEARMAN & STERLING LLP

                                        By: _____
                                            Jaculin Aaron
                                            Susan Reiss
                                            599 Lexington Avenue
                                            New York, New York 10022-6069
                                            (212) 848-4000
                                            Fax: (212) 848-7179