UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLEM CHILDREN'S ZONE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 08-CV-05384 (MGC)<br>ASYLUM HILL CHILDREN'S ZONE, INC., )<br>)<br>Defendant. )<br>) | |

**WAIVER OF THE SERVICE OF SUMMONS**

To:  Ms. Jaculin Aaron, Esq.,

  I have received your request to waive service of a summons in this action along with a copy of the complaint, Judge Cedarbaum's rules, Magistrate Judge Maas's rules, a Consent to Proceed, electronic filing guidelines for the United States District Court for the Southern District of New York, the Rule 7.1 Statement of Plaintiff, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

  On behalf of my client Asylum Hill Children's Zone, Inc., I agree to save the expense of serving a summons and complaint in this case.

  I understand that my client will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

  I also understand that my client must file and serve an answer or a motion under Rule 12 within 60 days from August 15, 2008, the date when this request was sent. If my client fails to do so, a default judgment will be entered against it.

Date:

August 18, 2008

_____
Peter L. Costas, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Harlem Children's Zone, Inc.

V.

Asylum Hill Children's Zone, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5384

TO: (Name and address of Defendant)

> Asylum Hill Children's Zone, Inc.
> 814 Asylum Avenue
> Hartford, CT  06105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> JACULIN AARON
> SHEARMAN & STERLING LLP
> 599 Lexington Avenue
> New York, NY  10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

JUN 12 2008

DATE

(By) DEPUTY CLERK